Lisa Greenwald-Swire (SBN 213269 / greenwald-swire@fr.com)
Katherine D. Prescott (SBN 215496 / prescott@fr.com)
Michelle M. Parsons (SBN 289270 / mparsons@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Sheryl Koval Garko (Admitted *pro hac vice* / garko@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Defendant
DAYTON SUPERIOR CORPORATION

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PRO-SHORE, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DAYTON SUPERIOR CORPORATION,<br><br>  Defendant. | Case No. 3:17-cv-05295-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT DAYTON SUPERIOR CORPORATION TO RESPOND TO INITIAL COMPLAINT BY 14 DAYS**<br><br>Complaint served: September 15, 2017<br>Current response date: November 5, 2017<br>New response date: November 20, 2017<br>Hon. Edward M. Chen |

Case No. 3:17-cv-05295-EMC
STIPULATION TO EXTEND TIME FOR DEFENDANT TO
RESPOND TO INITIAL COMPLAINT

1

Defendant Dayton Superior Corporation ("Dayton") and Plaintiff Pro-Shore, LLC ("Pro-Shore") (collectively, "the Parties") hereby stipulate to extend the due date for Dayton to answer or otherwise respond to Pro-Shore's Complaint. Dayton's response is currently due on November 5, 2017. Pursuant to Local Civil Rule 6-1, the parties, through their respective counsel, stipulate that Dayton's time to file an answer or otherwise respond to the Complaint is extended by fourteen days, up to and including November 20, 2017.

**IT IS SO STIPULATED.**

Dated: October 27, 2017

By: */s/ Katherine D. Prescott*
Lisa Greenwald-Swire (SBN 213269)
greenwald-swire@fr.com
Katherine D. Prescott (SBN 215496)
prescott@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Sheryl Koval Garko (*appearing pro hac vice*)
garko@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Vivian Cheng (*appearing pro hac vice*)
cheng@fr.com
FISH & RICHARDSON P.C.
601 Lexington Avenue
New York, New York 10022-4611

|   |   |   |
|---|---|---|
| 1 |   | Telephone: (212) 765-5070 |
| 2 |   | Facsimile: (212) 258-2291 |
| 3 |   | Attorneys For Defendant, |
| 4 |   | DAYTON SUPERIOR CORPORATION |

Dated: October 27, 2017

By: Todd A. Noah
Todd A. Noah (SBN 152328)
tnoah@dergnoah.com
BARBARA FRIEDMAN (SBN 208735)
bfriedman@dergnoah.com
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 350
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383

Attorneys For Plaintiff,
PRO-SHORE, LLC



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 27, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-1(f). Any other counsel of record will be served by electronic mail.

*/s/ Katherine D. Prescott*
Katherine D. Prescott

## L.R. 5-1 ATTESTATION

The undersigned hereby certifies that concurrence in the filing of this document has been obtained from the other Signatory.

*/s/ Katherine D. Prescott*
Katherine D. Prescott