Todd A. Noah (State Bar No. 152328)
Barbara L. Friedman (State Bar No. 208735)
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 350
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: tnoah@dergnoah.com
Email: bfriedman@dergnoah.com

Attorneys for Plaintiff
PRO-SHORE, LLC

Michelle Akerman (State Bar No. 265022)
Emily M. Charley (State Bar No. 238542)
HANSON BRIDGETT, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 995-5172
Facsimile: (415) 995-3469
Email: makerman@hansonbridgett.com
Email: echarley@hansonbridgett.com

Attorneys for Plaintiffs
PRO-SHORE, LLC, BUILD GROUP, INC.
and PACIFIC STRUCTURES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PRO-SHORE, LLC; BUILD GROUP, INC.; and PACIFIC STRUCTURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAYTON SUPERIOR CORPORATION, <br><br> Defendant. | Case No.: 17-cv-05295 (EMC) <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES INCLUDING THE MARCH 29, 2018 INITIAL CASSE MANAGEMENT CONFERENCE** |

-1-

| | |
|---|---|
| 1 | Plaintiffs Pro-Shore, LLC, Build Group, Inc. and Pacific Structures, Inc. and Defendant |
| 2 | Dayton Superior Corporation and (collectively, the "Parties") hereby stipulate to continue all |
| 3 | upcoming deadlines currently set in this case for 30 days. These deadlines include: 1) the date for |
| 4 | plaintiff Pro-Shore, LLC to file a second amended complaint; 2) the date for the parties' Joint Case |
| 5 | Management Statement; and 3) the March 29, 2018 Initial Case Management Conference. |
| 6 | The reason for the continuance is that on February 22, 2018, the parties conducted an in-|
| 7 | person settlement conference with the principals of each of the parties in attendance. During the |
| 8 | conference, the parties expressed a desire to resolve the outstanding disputes between them and |
| 9 | continue their business relationships with each other. To that end, the parties agreed to schedule |
| 10 | additional meetings to discuss specific topics in an effort to possibly reach a resolution. The parties |
| 11 | are optimistic that they will be able to resolve their disputes without further Court intervention and |
| 12 | the additional time will enable the parties to meet this goal. In the event the parties do not finalize a |
| 13 | settlement within 30 days from the date of the order, the parties will jointly notify the Court on the |
| 14 | 30th day that they either need more time to complete the agreement or that no settlement agreement |
| 15 | has been reached. |
| 16 | Pursuant to the Court's CMC Order, the parties, through their respective counsel, stipulate |
| 17 | that the all upcoming deadlines be continued for 30 days and that the March 29, 2018 Initial Case |
| 18 | Management Conference be continued to May 3, 2018 at 9:30 a.m., or the next available date on the |
| 19 | Court's calendar. |

**IT IS SO STIPULATED.**

Dated: February 26, 2018

By: /s/ Todd A. Noah
Todd A. Noah (SBN 152328)
tnoah@dergnoah.com
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 350
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383

Attorneys for Plaintiff
PRO-SHORE, LLC

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | | Emily M. Charley (State Bar No. 238542) |
| | | echarley@hansonbridgett.com |
| 3 | | HANSON BRIDGETT, LLP |
| | | 425 Market Street, 26th Floor |
| 4 | | San Francisco, CA 94105 |
| | | Telephone: (415) 995-5172 |
| 5 | | Facsimile: (415) 541-9366 |
| 6 | | |
| 7 | | Attorneys for Plaintiffs |
| | | PRO-SHORE, LLC, BUILD GROUP, |
| 8 | | INC. AND PACIFIC STRUCTURES, INC. |
| 9 | | |
| 10 | Dated: February 26, 2018 | By: /s/ Sheryl Koval Garko |
| 11 | | Lisa Greenwald-Swire (SBN 213269) |
| | | greenwald-swire@fr.com |
| 12 | | Katherine D. Prescott (SBN 215496) |
| | | prescott@fr.com |
| 13 | | FISH & RICHARDSON P.C. |
| 14 | | 500 Arguello Street, Suite 500 |
| | | Redwood City, California 94063 |
| 15 | | Telephone: (650) 839-5070 |
| | | Facsimile: (650) 839-5071 |
| 16 | | |
| 17 | | Sheryl Koval Garko (*appearing pro hac vice* / garko@fr.com) |
| 18 | | FISH & RICHARDSON P.C. |
| | | One Marina Park Drive |
| 19 | | Boston, Massachusetts 02210-1878 |
| 20 | | Telephone: (617) 542-5070 |
| | | Facsimile: (617) 542-8906 |
| 21 | | |
| 22 | | Vivian Cheng (*appearing pro hac vice* / cheng@fr.com) |
| 23 | | Fish & Richardson P.C. |
| | | 601 Lexington Avenue |
| 24 | | 52nd Floor, New York, NY 10022 |
| 25 | | Telephone: (212) 765-5070 |
| | | Facsimile: (212) 258-2291 |
| 26 | | |
| 27 | | Attorneys for Defendant, |
| | | DAYTON SUPERIOR CORPORATION |
| 28 | | |

1  I attest under penalty of perjury that concurrence in the filing of this document has been
2  obtained from Sheryl Koval Garko.

        /s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~February~~ 3/5 ___, 2018



Hon. Edward M. Chen
United States District Judge

-4-