Todd A. Noah (State Bar No. 152328)
Barbara L. Friedman (State Bar No. 208735)
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 350
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: tnoah@dergnoah.com
Email: bfriedman@dergnoah.com

Attorneys for Plaintiff
PRO-SHORE, LLC

Michelle Akerman (State Bar No. 265022)
Emily M. Charley (State Bar No. 238542)
HANSON BRIDGETT, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 995-5172
Facsimile: (415) 995-3469
Email: makerman@hansonbridgett.com
Email: echarley@hansonbridgett.com

Attorneys for Plaintiffs
PRO-SHORE, LLC, BUILD GROUP, INC.
and PACIFIC STRUCTURES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PRO-SHORE, LLC; BUILD GROUP, INC.; and PACIFIC STRUCTURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAYTON SUPERIOR CORPORATION, <br><br> Defendant. | Case No.: 17-cv-05295 (EMC) <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE SECOND AMENDED COMPLAINT** |

-1-

On March 27, 2018, Plaintiffs Pro-Shore, LLC, Build Group, Inc. and Pacific Structures, Inc. and Defendant Dayton Superior Corporation and (collectively, the "Parties") filed a Stipulation and Order to continue the March 28, 2018 deadline date for plaintiff Pro-Shore, LLC to file a second amended complaint to April 27, 2018. The Court has not yet entered that order.

Previously, on March 23, 2018, the Court rescheduled the dates for the Parties' Joint Case Management Statement and the May 3, 2018 Initial Case Management Conference. The Parties' Joint Case Management Statement is now due on May 24, 2018 and the Initial Case Management Conference is currently scheduled for May 31, 2018 at 9:30 a.m. The Parties agreed to exchange their initial disclosures on the same day the Joint Case Management Statement is due, May 24, 2018.

The Parties hereby stipulate to continue the presumptive April 27, 2018 deadline date for plaintiff Pro-Shore, LLC to file a second amended complaint to May 31, 2018. The Parties are optimistic that they will be able to resolve their disputes without further Court intervention and the additional time will enable the Parties to meet this goal. The Parties are continuing their settlement discussions and are in the process of negotiating potential settlement documents.

Pursuant to the Court's CMC Order, the Parties, through their respective counsel, stipulate that the date for plaintiff Pro-Shore, LLC to file a second amended complaint be continued to May 31, 2018.

**IT IS SO STIPULATED.**

Dated: May 9, 2018

By: /s/ Todd A. Noah
Todd A. Noah (SBN 152328)
tnoah@dergnoah.com
DERGOSITS & NOAH LLP
One Embarcadero Center, Suite 350
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383

Attorneys for Plaintiff
PRO-SHORE, LLC

-2-

Emily M. Charley (State Bar No. 238542)
echarley@hansonbridgett.com
HANSON BRIDGETT, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 995-5172
Facsimile: (415) 541-9366

Attorneys for Plaintiffs
PRO-SHORE, LLC, BUILD GROUP,
INC. AND PACIFIC STRUCTURES,
INC.

Dated: May 9, 2018          By: /s/ Katherine D. Prescott
                            Lisa Greenwald-Swire (SBN 213269)
                            greenwald-swire@fr.com
                            Katherine D. Prescott (SBN 215496)
                            prescott@fr.com
                            FISH & RICHARDSON P.C.
                            500 Arguello Street, Suite 500
                            Redwood City, California 94063
                            Telephone: (650) 839-5070
                            Facsimile: (650) 839-5071

                            Sheryl Koval Garko (*appearing pro hac vice* /
                            garko@fr.com)
                            FISH & RICHARDSON P.C.
                            One Marina Park Drive
                            Boston, Massachusetts 02210-1878
                            Telephone: (617) 542-5070
                            Facsimile: (617) 542-8906

                            Vivian Cheng (*appearing pro hac vice* /
                            cheng@fr.com)
                            Fish & Richardson P.C.
                            601 Lexington Avenue
                            52nd Floor, New York, NY  10022
                            Telephone: (212) 765-5070
                            Facsimile: (212) 258-2291

                            Attorneys for Defendant,
                            DAYTON SUPERIOR CORPORATION

-3-

1  I attest under penalty of perjury that concurrence in the filing of this document has been

2  obtained from Katherine D. Prescott.

3
                              /s/ Todd A. Noah
4                  _____

5      PURSUANT TO STIPULATION, IT IS SO ORDERED:

6

7

8  Dated: May __14__, 2018

9                                          _____
                                            Hon. Edward M. Chen



STIPULATION AND ORDER TO EXTEND                    Case No.:  17-cv-05295 (EMC)
DEADLINE TO FILE SECOND AMENDED COMPLAINT