1  Todd A. Noah (SBN 152328)
   tnoah@dergnoah.com
2  Barbara Friedman (SBN 208735)
   bfriedman@dergnoah.com
3  DERGOSITS & NOAH LLP
   One Embarcadero Center, Suite 350
4  San Francisco, CA 94111
   Telephone: (415) 705-6377
5  Facsimile: (415) 750-6383

6  Attorneys for Plaintiff/Counterclaim Defendant
   PRO-SHORE, LLC,
7
   Michelle Akerman (SBN 265022)
8  makerman@hansonbridgett.com
   HANSON BRIDGETT, LLP
9  425 Market Street, 26th Floor
   San Francisco, CA 94105
10 Telephone: (415) 995-5172
   Facsimile: (415) 541-9366
11
   Attorneys for Plaintiffs/Counterclaim
12 Defendants PRO-SHORE, LLC, BUILD
   GROUP, INC., and PACIFIC STRUCTURES,
13 INC.

Lisa Greenwald-Swire (SBN 213269 / greenwald-swire@fr.com)
Katherine D. Prescott (SBN 215496 / prescott@fr.com)
Michelle M. Parsons (SBN 289270 / mparsons@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Sheryl Koval Garko (*pro hac vice* / garko@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, Massachusetts 02210-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Vivian Cheng (*pro hac vice* / cheng@fr.com)
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor, New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Scott A. King (*pro hac vice* / scott.king@thompsonhine.com)
THOMPSON HINE LLP
10050 Innovation Drive, #400
Miamisburg, Ohio
Telephone: (937) 443-6560

Attorneys for Defendant/Counterclaim Plaintiff DAYTON SUPERIOR CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PRO-SHORE, LLC; BUILD GROUP, INC.; and PACIFIC STRUCTURES, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> DAYTON SUPERIOR CORPORATION, <br><br> Defendant/Counterclaim Plaintiff. | Case No. 3:17-cv-05295-EMC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs/Counterclaim Defendants Pro-Shore, LLC, Build Group, Inc., and Pacific Structures, Inc. and Defendant/Counterclaim Plaintiff Dayton Superior Corporation hereby stipulate and agree that this action, including all claims and counterclaims of each party, is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses and attorneys' fees.

HANSON BRIDGETT, LLP

Dated:  October 30, 2018             By: */s/ Michelle Akerman*
                                     Michelle Akerman

Attorneys for Plaintiffs/Counterclaim Defendants
PRO-SHORE, LLC, BUILD GROUP,
INC. and PACIFIC STRUCTURES,
INC.

FISH & RICHARDSON P.C.

Dated: October 30, 2018              By: */s/ Lisa Greenwald-Swire*
                                     Lisa Greenwald-Swire

Attorneys for Defendant/Counterclaim Plaintiff
DAYTON SUPERIOR CORPORATION

**L.R. 5-1 ATTESTATION**

The undersigned hereby certifies that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ Lisa* 
Lisa Gree

51097248P.docx

DATED: November 5, 2018

GRANTED
Judge Edward M. Chen

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. 3:17-cv-05295-EMC

1